| | |
|---|---|
| JAMES JENKINS | **)** |
| | **)** |
| PLAINTIFF | **)** |
| | **)** |
| v. | **)** CIVIL ACTION NO. |
| | **)** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | **)** |
| | **)** |
| DEFENDANT | **)** |

## <u>DEFENDANT'S NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Life Insurance Company of North America ("LINA"), by counsel, hereby files this Notice of Removal to the United States District Court for the Eastern District of Kentucky, at Lexington, and states as follows:

1.      On or about May 21, 2021, the Complaint in Case No. 21-CI-00289 was filed in Jessamine Circuit Court by Plaintiff against Defendant.  The Summons, along with the Complaint, was served by Secretary of State on or about June 3, 2021 on Defendant.  A copy of the Summons and Complaint, is attached hereto as Exhibit A and constitutes all process, pleadings and orders served to date in this action.

2.      This Notice of Removal is filed within thirty (30) days after service of a copy of the Complaint and Summons in this action and Plaintiff is estopped from seeking remand of this matter on this basis.

3.      This action is of a civil nature arising from Plaintiff's claim for an alleged breach of contract and involving a claim for benefits pursuant to an employee welfare benefit plan,

specifically a long-term disability plan, established by Plaintiff's employer. Plaintiff claims that he is entitled to long-term disability benefits under the plan.

## FEDERAL QUESTION JURISDICTION

4.     This is an action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. §§ 1132 and 1144, inasmuch as the Complaint claims long-term disability benefits provided by an employee welfare benefit plan, established or maintained by Plaintiff's employer and regulated by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001, *et seq*.  In the Complaint, Plaintiff explicitly seeks benefits provided under an employee welfare benefit plan, including group insurance policy VDT-0960471, which insures long-term disability benefits under an employee benefit plan established and maintained by Plaintiff's employer, Donaldson  (Cmplt., ¶¶ 5, 8).

5.     ERISA preempts Plaintiff's state law claims and causes of action and provides exclusive federal remedies for resolution of claims relating to plan benefits by plan participants and beneficiaries, 29 U.S.C. §§ 1132 and 1144.  Therefore, Plaintiff's claims are removable to this Court pursuant to 29 U.S.C. § 1441 as an action founded upon a claim or right arising out of the laws of the United States.  An action relating to benefits provided by an ERISA plan is properly removable, even if the defense of ERISA preemption does not appear on the face of the Complaint. *See Metropolitan Life Ins. Co. v. Taylor,* 481 U.S. 58, 62-63 (1987).

WHEREFORE, Defendant, Life Insurance Company of North America hereby gives notice of this removal from the Jessamine Circuit Court to the United States District Court for the Eastern District of Kentucky, at Lexington.

Respectfully submitted,

/s/Mitzi D. Wyrick
Mitzi D. Wyrick
David A. Calhoun
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202-2898
(502) 589-5235
(502) 589-0309
dcalhoun@wyattfirm.com
mitziwyrick@wyattfirm.com
***Counsel for Defendant, Life Insurance
Company of North America***

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Philip G. Fairbanks
Bartley K. Hagerman
Mehr Fairbanks & Peterson
 Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
pgf@austinmehr.com
bkh@austinmehr.com
***Counsel for Plaintiff***

/s/ Mitzi D. Wyrick
Mitzi D. Wyrick

100514430.1